# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 26, 2010

Marilyn Kelly,
Chief Justice

140488

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

BENNIE GRAVES,
      Plaintiff-Appellant,

v

                                             SC: 140488
                                             COA: 293749

DEPARTMENT OF CORRECTIONS,
      Defendant-Appellee.
                                             Ingham CC: 09-000533-AA

_____/

      On order of the Court, the application for leave to appeal the November 30, 2009 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 26, 2010

s0719

                             Clerk